AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia



FILED

OCT 3 0 2020

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:20mj127 |
| | ) | |
| | ) | |
| Timothy John Watson | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/08/2020 - 10/30/2020__ in the county of __Jefferson County__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Offense Against United States |
| 18 U.S.C. § 922(o) | Illegal Possession and Transfer of a Machinegun |
| 26 U.S.C. § 5861(a) | Unlawfully Engaging in the Business of Manufacturing Firearms |

This criminal complaint is based on these facts:
See attached Affidavit (incorporated by reference).

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark McNeal, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 30, 2020

_____
Judge's signature

City and state: Martinsburg, WV

Robert W. Trumble, United States Magistrate Judge
*Printed name and title*