# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### MARTINSBURG

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CRIMINAL CASE NO.: 3:20-mj-00127

TIMOTHY JOHN WATSON,

        Defendant.

## MOTION FOR DISCOVERY

      Comes now the citizen accused, by counsel, S. Andrew Arnold, Esquire, and moves this Honorable Court to order the Government to disclose to the Defendant any and all information it has, including but not limited to statements by the Defendant, whether written or oral; Defendant's prior record, if any; documents or tangible objects; reports of examinations or tests; a list of any witnesses the Government intends to call in its case in chief, including their addresses; all police reports and exculpatory evidence; Defendant requests notice of the Government's intention to use, in its evidence in chief at trial, any evidence which the Defendant may be entitled to discover and the Defendant requests trial by jury.

                                                         **TIMOTHY JOHN WATSON**
                                                         By Counsel

**/s/S. Andrew Arnold**
S. Andrew Arnold, Esq. (WV#6131)
Arnold & Bailey, PLLC
208 N. George Street
Charles Town, WV 25414
(304) 725-2002
(304) 725-0282 (fax)
Email: aarnold@acbattorneys.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.	**CRIMINAL CASE NO.: 3:20-mj-00127**

**TIMOTHY JOHN WATSON,**

      **Defendant.**

## CERTIFICATE OF SERVICE

I, S. Andrew Arnold, Esquire, hereby certify that I have served a copy of the foregoing MOTION FOR DISCOVERY upon the following counsel electronically via CM/ECF, this the 3rd day of November 2020.

U.S. Attorney's Office – Mrt.
U.S. Courthouse
217 W. King Street, Suite 400
Martinsburg, WV 25401

**/s/S. Andrew Arnold**
S. Andrew Arnold, Esquire