## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA**

    **Plaintiff,**

                                  **CRIMINAL NO.: 3:20-mj-00127**

**TIMOTHY JOHN WATSON**

    **Defendant.**

## MOTION TO CONTINUE

Comes now the citizen accused, TIMOTHY JOHN WATSON, by counsel, S. Andrew Arnold and does hereby request the continuance of the detention hearing in this matter which is currently scheduled for the 10th day of November 2020.

In support of this Motion the Defendant states as follows:

1. That counsel has recently been retained.

2. That the accused request continuance of the detention hearing to be rescheduled with the Preliminary hearing set for November 17th, 2020 at 2:30 p.m.

WHEREFORE, for the foregoing reasons the accused requests that the trial dates be re-scheduled in this matter.

                                                               **TIMOTHY JOHN WATSON**
                                                               By counsel

/s/ S. Andrew Arnold_____
S. Andrew Arnold, Esq. (WV#6131)
Arnold & Bailey, PLLC
208 N. George Street
Charles Town, WV 25414
(304) 725-2002
(304) 725-0282 (Fax)
Email: saarnold@arnoldandbailey.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA**

 **Plaintiff,**

              **CRIMINAL NO.: 3:20-mj-00127**

**TIMOTHY JOHN WATSON**

 **Defendant.**

## CERTIFICATE OF SERVICE

 I, S. Andrew Arnold, Esquire, hereby certify that the MOTION TO CONTINUE was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

       Jarod J. Douglas
     U.S. Attorney's Office – Mrt.
       U.S. Courthouse
    217 W. King Street, Suite 400
     Martinsburg, WV 25401
     tom.mucklow@usdoj.gov

          /s/ S. Andrew Arnold
          S. Andrew Arnold, Esquire