**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**CRIMINAL NO.: 3:20-mj-00127**

**TIMOTHY JOHN WATSON**

**Defendant.**

**MOTION TO WITHDRAW AS COUNSEL**

Comes now S. Andrew Arnold, Esquire, and moves this Honorable Court for permission to withdraw as counsel for the Defendant, Timothy John Watson, in the above referenced case.

In support of this motion, counsel states the following:

1. There has been a complete breakdown in the attorney-client communication and Relationship.

Therefore, counsel respectfully requests to be relieved as counsel of record for Timothy John Watson.

**TIMOTHY JOHN WATSON**
By counsel

/s/ S. Andrew Arnold___________
S. Andrew Arnold, Esq. (WV#6131)
Arnold & Bailey, PLLC
208 N. George Street
Charles Town, WV 25414
(304) 725-2002
(304) 725-0282 (Fax)
Email: saarnold@arnoldandbailey.com

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**CRIMINAL NO.: 3:20-mj-00127**

**TIMOTHY JOHN WATSON**

**Defendant.**

**CERTIFICATE OF SERVICE**

I, S. Andrew Arnold, Esquire, hereby certify that the MOTION TO WITHDRAW AS COUNSEL was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jarod J. Douglas
U.S. Attorney's Office – Mrt.
U.S. Courthouse
217 W. King Street, Suite 400
Martinsburg, WV 25401
tom.mucklow@usdoj.gov

/s/ S. Andrew Arnold_______
S. Andrew Arnold, Esquire