**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

        Plaintiff,

**v.**　　　　　　　　　　　　　　　　**Criminal Action No. 3:20MJ127
(GROH)**

**TIMOTHY JOHN WATSON,**

        Defendant.

### ORDER TERMINATING COUNSEL AND SUBSTITUTING COUNSEL

Previously, on November 4, 2020, this Court entered an Order [ECF No. 11] terminating Nicholas J. Compton, Assistant Federal Public Defender as counsel and substituting S. Andrew Arnold as retained counsel, to represent Defendant in this matter. On November 9, 2020, S. Andrew Arnold, Esq., filed a Motion [19] to withdraw as counsel for Defendant. On November 10, 2020, Shawn McDermott, Esq. filed a Notice of Appearance [ECF No. 20] on behalf of Defendant.

It appears to the court that Defendant has decided to retain counsel, Shawn McDermott, Esq., to represent him in this matter. For good cause shown, Defendant's **Motion [ECF No. 19] to withdraw S. Andrew Arnold as counsel** is **GRANTED**. Accordingly, it is

**ORDERED** that S. Andrew Arnold, Esq., is hereby removed as counsel of record for Defendant in the above styled case and is relieved of all further duty. It is further

**ORDERED** that **Shawn McDermott, Esq.** shall hereinafter be designated as Defendant's counsel of record.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear *pro se* and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: 11-12-2020

_____
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE