# ATTACHMENT 1 - CHARACTER LETTERS

# REDACTED