ATTACHMENT 2 - JUSTIFICATION OF SURETY

REDACTED