*************************************************

Affidavit of Zachary Gunther

My name is Zachary Gunther. Tim has been a close personal friend of mine since our enrollment in Myersville Elementary school in Myersville, Maryland. I was invited to join Tam Panhandle several months ago. The group is focused solely on exercising our rights outlined by the constitution of the United States while within the confines of our respective state and jurisdictional laws. The entire basis of the group, defined within the first document sent upon its formation, is to abide by a Non Aggression Policy (NAP). This founding principle is core to the beliefs that, not only I possess personally, all members are held to abide by. As a strong believer in the job of our Judiciary and the responsibility of all American's to operate morally, ethically, and without interfering with any other persons right to life, liberty, and property. I can confidently claim that Team Panhandle operates within the same framework. In a time where we are all separated, the group was created for solidarity and so we may escape the tumultuous and often vitriolic and violent times, for the peaceful adherence to the NAP and the bond of freedom shared in our great nation.

DECLARATION UNDER PENALTY OF PERJURY

I, Zachary Gunther, declare under penalty of perjury that I have read the foregoing Affidavit and that it is true and correct to the best of my information and belief.

Date 11/16/20

Signature *Zachary Gunther*

Zachary Gunther
(Print Name and Title)