## Non–Aggression Principle (NAP)

The Non–Aggression Principle is the governing ethic of all conduct within Team Panhandle and its subsidiary groups.

The Non–Aggression Principle as it applies to Team Panhandle is defined as such:

**"Aggression is inherently illegitimate."**

*aggression (n.): initiation of a coercive relationship*
*coerce (v.): to achieve by force or threat*

In more simple terms:

– We **DO NOT** incite violence.
– We **DO NOT** initiate application of force.
– We **DO NOT** act in an any violent offensive capacity.
– All activities within Team Panhandle and its subsidiary groups are conducted with the intent to more effectively **Defend** our life, liberty, property and posterity as is our right as United States American Citizens.

### WHY is the NAP so important for us?

Let's be real. True friends of liberty these days are generally (to some extent) of the *'Everyone is fed'* mindset. It is a logical and understandable response in this age where our fellow Americans are getting persecuted and in many cases killed for victimless 'crime' at such an increasingly common rate. But the result of this response is a 'scattering' of the same demographic that most diligently upholds traditional American Values as set forth by our founding fathers. And that fracturing is bad because the basic law of averages

shows us that there is strength in numbers,

**The Solution to that obstacle?**

To build a local network of liberty allies that is **impervious to any negative legal repercussion of any kind.** And the best part is it's incredibly easy:

**1.)** When you conduct yourself within or on behalf of Team Panhandle, you are doing so in accordance with the Non-Aggression Principle as defined above.

**2.) You will not be in possession of anything deemed to be illegal by state or federal law**

If you conduct yourself in accordance with the Non-Aggression Principle and you find yourself in danger as a result of such conduct, your bois WILL back you.